PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 26 2014

SEAN F. MCAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard Allen Counts          Case Number: 0980 2:07CR02066-001

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: January 17, 2008          Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)          Date Supervision Commenced: September 13, 2013

Original Sentence: Prison - 100 M; TSR - 48 M          Date Supervision Expires: September 12, 2017

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall not associate with known criminal street gang members or their affiliates.

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Mr. Counts agrees he should not have contact with gang members or their affiliates. He recently entered substance abuse treatment and as a requirement of the program is to totally abstain from all drug and alcohol, therefore, in an effort to support the defendant's sobriety, the addition of the alcohol condition has been recommended and agree to by Mr. Counts.

                                             Respectfully submitted,

                                        by   s/Stephen Krous

                                             Stephen Krous
                                             U.S. Probation Officer
                                             Date:  February 25, 2014

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/26/14
Date